PER CURIAM.
Affirmed. See Carlile v. Game & Fresh Water Fish Comm’n, 354 So.2d 362 (Fla.1977); Mills Dev. Corp. v. Shipp & Head, Inc., 126 Fla. 490, 171 So. 533 (1936), cert. denied, 305 U.S. 658, 59 S.Ct. 359, 83 L.Ed. 426 (1939); Apalachicola N.R. v. Sommers, 79 Fla. 816, 85 So. 361 (1920); Sand Key Assoc. Ltd. v. Board of Trustees of the Internal Improvement Trust Fund, 458 So.2d 369 (Fla. 2d DCA 1984), review pending, No. 66,372 (Fla.1986); Fleischman v. Department of Professional Regulation, 441 So.2d 1121 (Fla. 3d DCA 1983), review denied, 451 So.2d 847 (Fla.1984); Insurance Management, Inc. v. McLeod, 194 So.2d 16 (Fla. 3d DCA 1966).